John T. WEST,* Petitioner Below–Appellant,

v.

Tracey WEST, Respondent Below–Appellee.

No. 538, 2015

Supreme Court of Delaware.

Submitted: March 9, 2016
Decided: March 10, 2016
Reargument Denied March 29, 2016

AFFIRMED.

THE HAYNES FAMILY TRUST and William Bryce Arendt, Plaintiff Below–Appellant,

v.

KINDER MORGAN G.P., INC., Ted A. Gardner, Gary L. Hultquist, and Perry M. Waughtal, Defendants Below–Appellees.

No. 515, 2015

Supreme Court of Delaware.

Submitted: March 9, 2016
Decided: March 10, 2016

AFFIRMED.

Robert SAUNDERS, Petitioner Below, Appellant,

v.

Terry MURPHY, Dr. Dunbar Alcindor, Dr. Assar Rather, Dr. William Lynch, and Connections Healthcare Services, Respondents Below, Appellees.

No. 272, 2015

Supreme Court of Delaware.

Submitted: January 14, 2016
Decided: March 10, 2016

AFFIRMED.